UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FINES GALLERY, LLC, a Florida
limited liability company

      Plaintiff,

V.                                  Case No: 2:11-CV-220-FtM-29SPC

FROM EUROPE TO YOU, INC. and
JOSEPH BAILEY

      Defendants.

_____/

## ORDER

This matter comes before the Court on the Defendants, From Europe to You, Inc. and Joseph Bailey's Motion for an Extension of the Expert Disclosure Deadline (Doc. #42) filed on April 2, 2012. Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendants conferred with the Plaintiff who does not oppose the requested relief.

The Defendants move the Court to enlarge the deadline to file their expert report on damages by Neil Burell, CPA. As grounds, the Defendants state that Burell has been very busy preparing his clients tax returns and consequently needs an extension of time to prepare an expert report. Further, the Plaintiff's answers to interrogatories regarding the alleged damages are not due until April 26, 2012. In light of these issues, the Defendants request an extension of time until May 11, 2012, to serve Burell's expert report regarding damages. Given that the Plaintiff's answers to the damage interrogatories is not due until April 26, 2012, and the delay in Burell's schedule is beyond

the Defendants' control, the Court finds good cause to grant the extension of time to file Burell's report.

The Defendants also assert that should the Court deny their Motion to Dismiss, they will need to retain an expert to review the design patents at issue in this case and serve a report on said patents. As such, the Defendants move the Court for an enlargement of time to serve an expert report regarding the design patents after the Court rules on the Defendants Motion to Dismiss.  As a general rule the Court does not stay discovery issues pending a ruling on a Motion to Dismiss.  Thus, the Motion to allow the Defendants to find an expert and serve a report after the Court rules on the Motion to Dismiss is due to be denied.  If the Defendant desires to serve an expert report regarding the design patents, then the Defendant should pursue the services of the expert prior to the May 11, 2012, deadline.

Accordingly, it is now

**ORDERED:**

The Defendants, From Europe to You, Inc. and Joseph Bailey's Motion for an Extension of the Expert Disclosure Deadline (Doc. #42) is **GRANTED in part and DENIED in part**.

(1) The Defendants, From Europe to You, Inc. and Joseph Bailey's Motion for an Extension of the Expert Disclosure Deadline for Neil Burell's Damages Report is **GRANTED**.

(2) The Defendants, From Europe to You, Inc. and Joseph Bailey's Motion for an Extension of the Expert Disclosure Deadline to find and serve an Expert Report regarding the Patents after the Court rules on the Motion to Dismiss is **DENIED**.

(3) The Expert Disclosure Deadline for the Defendants Expert Reports is enlarged up to and including **May 11, 2012**.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th Day of April, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record